JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CULVER CLINIC DEVELOPMENT, INC., *et al.,*

      Plaintiffs,

      v.

MILLENNIUM SYSTEMS INTERNATIONAL, LLC f/k/a HARMS SOFTWARE, INC. d/b/a MILLENNIUM SYSTEMS, INC.

      Defendant.

Case No. 2:21-cv-08374-DSF-GJS
Assigned to Hon. Dale S. Fischer

**ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

## ORDER

    The stipulation filed by the parties is approved.  The entire action is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney's fees and costs.

DATED:     July 19, 2022

                                   Dale S. Fischer
                                   **Unites States District Court Judge**